UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**MOSES WAYNE MALBREW**              **CIVIL ACTION NO. 09-1588**

**VERSUS**                           **JUDGE MELANÇON**

**COMMISSIONER OF SOCIAL**           **MAGISTRATE JUDGE HANNA**
**SECURITY**

**JUDGMENT**

This matter was referred to United States Magistrate Judge Patrick J. Hanna for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED** that this matter is **REVERSED AND REMANDED** to the Commissioner for reconsideration of Dr. Nabours' opinions in light of 20 C.F.R. § 404.1527(d) and for reevaluation of Malbrew's compliance in accordance with Social Security Ruling 82-59.

Lafayette, Louisiana, this 8th day of February, 2011.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE